**Order entered January 6, 2014**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00260-CR

**GARY DON JENNINGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-71278-K**

## ORDER

The Court **REINSTATES** this appeal.

On October 9, 2013, we ordered the trial court to make findings regarding whether the hearing recorded by court reporter Akilah Welborn could be filed. We **ADOPT** the findings that: (1) Akilah Welborn recorded the January 22, 2013 adjudication hearing; (2) appellant's counsel sent Ms. Welborn a request for that record; and (3) the notes are available and can be transcribed. Because Ms. Welborn has not yet tendered the record to this Court, we **DO NOT ADOPT** the finding that the record would be filed by December 27, 2013.

We **ORDER** court reporter Akilah Welborn to file, by **JANUARY 21, 2014**, the reporter's record of the January 22, 2013 adjudication hearing. Because the record is already ten

months overdue, we further **ORDER** that Akilah Welborn not sit as a court reporter until she has filed the reporter's record of the January 22, 2013 adjudication hearing.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; the Dallas County Auditor's Office, and to counsel for all parties.

We **ORDER** the Clerk to send a copy of this order, by first-class mail, to Akilah Welborn, 6909 Westside Place, Sachse, Texas 75048.

/s/    DAVID EVANS
        JUSTICE